**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION**

| | |
|---|---|
| ROGER DAVIS, )<br>)<br>      Plaintiff, )<br>)<br>      vs. )<br>)<br>)<br>INTEGRITY FINANCIAL PARTNERS, )<br>INC. AND ADAM T. LAZARUS )<br>)<br>      Defendant. )<br>_____) | CIVIL ACTION<br>FILE NO. 6:11-cv-00642-GTS-DEP<br><br>NOTICE OF DISMISSAL OF CASE |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of New York, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 29th day of September, 2011.

ATTORNEYS FOR PLAINTIFF
*Roger Davis*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 29th day of September, 2011, with:

United States District Court CM/ECF system


s/Jessica DeCandia
Jessica DeCandia